Case 2:23-cv-00282-CWD    Document 23    Filed 10/23/24    Page 1 of 5

U.S. COURTS
OCT 23 2024
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON RYAN STAPLES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DR. TROY GEYMAN, NURSE CHUCK FRANK, and NURSE AMANDA OZBURN,<br><br>　　　　Defendants. | Case No. 2:23-cv-00282-DCN<br><br>**MOTION FOR COUNSEL** |

## I

Comes Now, Jason Ryan Staples (hereinafter Plaintiff), and pursuant to United States "Supreme Law of The Land" (U.S. Constitution Article VI cl 2), and Local Rules of Procedure For The United States District Court For The District of Idaho - of the Ninth Circuits' civil rules and general provisions.

## II

## Substantial Merits of Case

1. On _____ the Plaintiff presented, to this Court, documents of conclusive evidence that the Defendants' misconduct, with malice wantonness but not limited to, caused extreme cruelty and pain-n-suffering; and permanent facial disfiguration with mental anguish.

   Thus giving amplification to merits of case; and therein grounds for this Court to grant this requested relief, but not limited to.

2. Because the Plaintiff is in "...likelihood of success of the merits..."[1.] of his claims; then, too, there shall be monies available for the appointed 'Counselor of Law' representing the Plaintiff.

---

Page Footnotes
1. Opinion, par. 1; <u>Duncan v. Allen</u>, 2024 U.S. Dist. Lexis 114694

MOTION FOR COUNSEL  -  Case NO. 2:23-CV-00282-DCN

Pg. 2

## III

## Plaintiff's Limited 'Access To Court' Resources, For Required Discovery.

That, even though the Plaintiff will most likely be awarded relief based on conclusive evidence, the Plaintiff would like to bring to this Court's attention:

- The Plaintiff is currently incarcerated at an Idaho Board of Corrections facility, and under their 'tacit suppresed' methods of "access to court" the Plaintiff is **not** able to adequately represent himselfs — especially discovery resources; thus prejudice compared to the Defendant's Counsel of Law,

but not limited to.

## IV

## Prayer For Relief

The Plaintiff is aware that this U.S. Ninth Circuit Court has, "...made clear that "([a]ppointment of counsel... is discretionary, not mandatory")", yet "In exceptional circumstances," a district court may request counsel for indigent civil litigants pursuant to 28 USC § 1915 (e)(1)...", de novo, in <u>Duncan v. Allen</u>, 2024 U.S. Dist., Lexis 114697.

And today, this Plaintiff prays for this Honorable Court to grant him Counselor Of Law based on reasonable inference that the Defendant is liable for th misconduct presented.

Dated this 20th day of October 2024        Jason Ryan Staples

## Certificate of Service

I, Jason R. Staples, hereby certify that on the ___ day of _____, 2024 I mailed "Motion For Counsel" copy to:

<u>United States District Court of Idaho</u>
<u>550 W. Fort St.</u>
<u>Boise Id.</u>
    83724

by placing the same in the Idaho Board of Correction mail system, Boise Idaho.

*[signature]*

Motion For Counsel — Case No. 2:23-cv-0028-DCN         Pg.5 end