Inmate Name Jason Staples
Inmate No. 154660  Housing Unit H2 U-B
IDAHO DEPARTMENT OF CORRECTIONS
Institution ISCC
P.O. Box 8509
Boise  State Id.  Zip 83707
INMATE CORRESPONDENCE

BOISE ID RPDC 837
21 OCT 2024 PM 1 L

United State District Court
  of Idaho
650 W. Fort St.
Boise Id.
83724

